**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARTINA CADE,

Plaintiff

v.

LTF CLUB OPERATIONS COMPANY, INC.,

Defendant

Case No.: 2:26-cv-02715-APG-MDC

**Order Deeming Order to Show Cause Satisfied**

In light of defendant LTF Club Operations Company, Inc.'s response to the order to show cause (ECF No. 11),

I ORDER that the order to show cause (ECF No. 8) is satisfied, and I will not remand this case for lack of subject matter jurisdiction at this time.

DATED this 14th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE